UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on August 11, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| JOSHUA DILLON HAYNES, | : | 18 U.S.C. § 1512(c)(2) |
| | : | (Obstruction of Proceedings) |
| Defendant. | : | 18 U.S.C. § 1363 |
| | : | (Destruction of Property in the Territorial |
| | : | Jurisdiction) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(4) |
| | : | (Engaging in Physical Violence in a |
| | : | Restricted Building or Grounds) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(F) |
| | : | (Act of Physical Violence in the Capitol |
| | : | Grounds or Buildings) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| | : | a Capitol Building) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere, **JOSHUA DILLON HAYNES**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

> **(Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, **JOSHUA DILLON HAYNES**, at a place within the territorial jurisdiction of the United States, namely the United States Capitol Grounds, on land acquired for the use of the United States and under its exclusive jurisdiction, did willfully and maliciously destroy and injure, and attempt to do so, real and personal property, specifically, equipment from a news media organization.

> **(Destruction of Property Within Territorial Jurisdiction**, in violation of Title 18, United States Code, Section 1363)

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **JOSHUA DILLON HAYNES**, did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

> **(Entering and Remaining in a Restricted Grounds**, in violation of Title 18, United States Code, Sections 1752(a)(1))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **JOSHUA DILLON HAYNES**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in, and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did, in fact, impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in Restricted Grounds,** in violation of Title 18, United States Code, Sections 1752(a)(2)).

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **JOSHUA DILLON HAYNES**, did knowingly engage in any act of physical violence against any person and property in restricted grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting.

**(Engaging in Physical Violence in Restricted Grounds,** in violation of Title 18, United States Code, Sections 1752(a)(4))

## COUNT SIX

On or about January 6, 2021, in the District of Columbia, **JOSHUA DILLON HAYNES**, willfully and knowingly engaged in disorderly and disruptive conduct within the United States Capitol Grounds and in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct

in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

**(Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT SEVEN

On or about January 6, 2021, in the District of Columbia, **JOSHUA DILLON HAYNES**, willfully and knowingly engaged in an act of physical violence within the United States Capitol Grounds.

**(Act of Physical Violence in the Capitol Grounds**, in violation of Title 40, United States Code, Section 5104(e)(2)(F))

## COUNT EIGHT

On or about January 6, 2021, in the District of Columbia, **JOSHUA DILLON HAYNES** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

**(Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

A TRUE BILL:

Channing D. Phillips /GPR  FOREPERSON.
Attorney of the United States in
and for the District of Columbia.