NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  21-cr-594(TSC)

Joshua Haynes
  (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[X] CJA            [ ] RETAINED            [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Steven R. Kiersh #323329
  (Attorney & Bar ID Number)

Steven R. Kiersh
  (Firm Name)

5335 Wisconsin Avenue, N.W. #440
  (Street Address)

Washington, D.C. 20015
  (City)        (State)        (Zip)

(202) 347-0200
  (Telephone Number)