UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA HAYNES**, <br><br> Defendant. | Criminal Action No. 21-cr-0594 (TSC) |

## ORDER

Defendant Joshua Haynes has been indicted on eight counts of criminal conduct arising out of the January 6 riots at the United States Capitol.[1] ECF No. 21. Haynes was arrested on July 1, 2021 and was initially released into the High Intensity Supervision Program. ECF No. 8. After he was arrested in Virginia on domestic violence charges, his bond was revoked. *See* Emergency Mot. to Revoke Bond, ECF No. 15; August 13, 2021 Min. Order. He is now being held in the Central Virginia Regional Jail. *See* Mot. for Change of Location of Defendant's Place of Pretrial Confinement ("Def.'s Mot.") ¶ 3, ECF No. 23.

Haynes has now moved for a change of his pre-trial detention facility. In the motion, his counsel states that he "has not been able to have a face-to-face meeting" with Haynes due to the

---

[1] *Obstruction of an Official Proceeding and Aiding and Abetting*, in violation of 18 U.S.C. § 1512(c)(2) and 2; *Destruction of Property within Territorial Jurisdiction*, in violation of 18 U.S.C. § 1363; *Entering and Remaining in a Restricted Grounds* in violation of 18 U.S.C. § 1752(a)(1); *Disorderly and Disruptive Conduct in Restricted Grounds*, in violation of 18 U.S.C. § 1752(a)(2); *Engaging in Physical Violence in Restricted Grounds*, in violation of 18 U.S.C. § 1752(a)(4); *Disorderly Conduct in a Capitol Building*, in violation of 40 U.S.C. § 5104(e)(2)(D); *Act of Physical Violence in the Capitol Grounds*, in violation of 40 U.S.C. § 5014(e)(2)(F); and *Parading, Demonstrating, or Picketing in a Capitol Building*, in violation of 40 U.S.C. § 5104(e)(2)(G).

jail's quarantine policies, preventing him from sharing discovery and legal pleadings via laptop computer.  *Id.* ¶ 4, 6.

Haynes thus seeks an order transferring the location of his pretrial detention from the Central Virginia Regional Jail to the District of Columbia's Central Treatment Facility.  The Government takes no position this request.

Upon consideration of the foregoing, the court hereby,

**STRONGLY RECOMMENDS** that Defendant Joshua Haynes be transferred to the District of Columbia's Central Treatment Facility, or in the alternative, a site of incarceration proximate to Washington, D.C. where Defense Counsel may meet face-to-face with Haynes; and

**STRONGLY RECOMMENDS** that the United States Marshals Service take whatever steps are required to promptly effect this transfer.

Date: June 16, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge