UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                   21-cr-594 (TSC)

JOSHUA HAYNES

MOTION TO WITHDRAW PREVIOUSLY FILED MOTION TO CHANGE
LOCATION OF PRETRIAL DETENTION

Defendant, by and through undersigned counsel, does hereby withdraw his previously filed Motion to Change Location of Pretrial Detention. In support thereof, defendant respectfully sets forth as follows:

1. Defendant previously field a Motion to Change his Location of Pretrial Detention. Since the date of the filing the Motion, defendant has been taken off administrative segregation and is now able to meet face to face with counsel for contact visits.

2. Defendant no longer seeks to change the location of his pretrial detention. Defendant desires to remain at the Central Virginia Regional Jail in Orange, Virginia pending trial.

WHEREFORE, the foregoing considered, defendant prays this Honorable Court to withdraw his previously filed request to change the location of his pretrial detention.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 449
Washington, D.C. 20015
(202) 347-0200

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served, via the Court's electronic filing system, on this the 11th day of July, 2022 upon AUSA Jennifer, Blackwell, Esquire 601 D Street, N.W., Washing ton, D.C. 20530.

_____/s/_____
Steven R. Kiersh