UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **JOSHUA DILLON HAYNES**, <br><br> Defendant. | Criminal Action No. 21-cr-0594 (TSC) |

## PRETRIAL ORDER

1. **TRIAL.** Trial of this matter will commence on **November 14, 2022 at 9:30 AM** in Courtroom 9.

2. **PRE-TRIAL CONFERENCE.** A pre-trial conference will be held on **October 31, 2022 at 12:30 PM** in Courtroom 9. The court will rule on all pre-trial motions and objections to proposed exhibits, to the extent possible, at the pre-trial conference, hearing argument as necessary.

3. **SUPPRESSION MOTIONS.** Any motions to suppress statements or tangible things shall be filed on or before **September 23, 2022**. Oppositions shall be filed on or before **October 7, 2022**. Replies shall be filed on or before **October 14, 2022**. The court will schedule a hearing on the motion(s) as necessary.

4. **PRE-TRIAL MOTIONS.** All other pre-trial motions, excluding motions *in limine* and including motions pursuant to Federal Rules of Criminal Procedure 12(b)(3)(A)–(D), shall be filed on or before **September 30, 2022**. Oppositions shall be filed on or before **October 14, 2022**. Replies shall be filed on or before **October 21, 2022**.

5. **Fed. R. Evid. 404(b) NOTICE.** Not later than **September 30, 2022**, the Government shall provide notice of evidence it intends to offer pursuant to Federal Rule of Evidence 404(b).

6. **MOTIONS *IN LIMINE*.** All motions *in limine* shall be filed on or before **October 7, 2022**. Responses shall be filed on or before **October 21, 2022**. Replies shall be filed on or before **October 28, 2022**.

7. ***VOIR DIRE*.** Counsel shall jointly submit both a short narrative description of the case, to be read to the prospective jurors, and proposed *voir dire* questions on or before **November 4, 2022**.

8. **PROPOSED JURY INSTRUCTIONS AND VERDICT FORM.** Counsel shall file on ECF proposed jury instructions and a proposed verdict form—jointly to the extent possible—on or before **November 4, 2022**. To the extent that they are pattern jury instructions from the current version of the Redbook, it is sufficient simply to list the numbers of those instructions. Special instructions shall be submitted verbatim with pinpoint citations to cases and other authorities to support each instruction. The parties shall indicate (a) the instructions on which the parties agree; and (b) the instructions on which the parties disagree.

9. ***BRADY* AND *GIGLIO*.** The Government is under a continuing and ongoing obligation to provide defense counsel any favorable or exculpatory information (*Brady*) as it becomes available, whether or not admissible in evidence. *Brady* information must be disclosed on a rolling basis - "the duty to disclose is ongoing." *Pennsylvania v. Ritchie*, 480 U.S. 39, 60 (1987). To the extent it has not already done so, the Government must disclose information that may be useful for impeachment or may otherwise affect the credibility of any Government witness (*Giglio*)—including *Lewis* material—on or before **November 4, 2022**. *See United States v. Celis*, 608 F.3d 818, 835–36 (D.C. Cir. 2010). *Giglio* obligations are also ongoing. The Government may request a protective order to preclude counsel from sharing *Giglio* information with their client.

10. **EXPERT WITNESSES.** The Government shall disclose any expert witnesses accompanied by a brief description of each witness' area of expertise and expected testimony on or before **September 26, 2022**. Any reciprocal expert disclosures by the Defendant shall be made on or before **October 3, 2022**.

11. **EXHIBIT LISTS.** The parties shall exchange lists of exhibits they intend to use in their cases-in-chief on or before **October 12, 2022**. The parties shall file objections to the admissibility of exhibits to the extent practicable on or before **October 19, 2022**. All exhibits are to be marked in advance of trial and listed in order on the exhibit form obtained from Courtroom Deputy Clerk. The written list of exhibits must contain a brief description of each exhibit. At the commencement of trial, counsel shall furnish the court with two sets of binders containing their exhibit lists and copies of their pre-marked exhibits.

12. **WITNESS LISTS.** The parties shall exchange lists of witnesses in their cases-in-chief on or before **October 12, 2022**. The parties shall file objections to the admissibility of exhibits to the extent practicable on or before **October 19, 2022**. On that same date, the Government shall also provide to the Defense all *Brady* or *Giglio* material not previously provided pertaining to each witness on the list. Counsel will not be absolutely bound by the witness lists or the sequence. In some cases, security concerns may justify nonidentification of witnesses by the Government until shortly before they are actually called. These situations, if any, shall be brought to the court's attention in camera when the witness list excluding those names is provided to defense counsel.

13. **DEFENDANT'S DISCOVERY OBLIGATIONS**. Defendant shall satisfy his reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) on or before **September 30, 2022**.

14. **JURY SELECTION.** The court will summarize its jury-selection procedures at the pre-trial conference.

15. **COVID-19 PROCEDURES.** The court will summarize its COVID-19 procedures at the pre-trial conference and enter a COVID-19 order reflecting those procedures thereafter.

Date: July 28, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge