UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.  21-CR-594(TSC)

**JOSHUA HAYNES**

### NOTICE OF OBJECTIONS TO PRESENTENCE REPORT

Defendant by and through undersigned counsel, does hereby note the following objections to the Presentence Report

**Factual:**

Paragraph 96. The paragraph reads Joshua Haynes was born to a non-marital union. Defendant's parents were legally married.

Paragraph 97. The paragraphs reads Mr. Zach Wright is unemployed. Defendant's brother Zach Wright is employed by Virginia Tech as a livestock agent.

Paragraph 97. The paragraph reads Ms. Jessica Wright is in her early thirties…. Ms. Wright's last name is Wagner.

Paragraph 98. The paragraph reads his parents separated due to his father's infidelity. The paragraph should read his mother left due to his father's physical abuse.

Paragraph 102. The paragraph reads images "of his son." The paragraph should read "of the sun."

Paragraph 107. The paragraph reads Mr. Haynes advised he began receiving supplemental security income (SSI) in 2009. The paragraph should read SSDI.

Paragraph 108. The paragraph reads the defendant stated when he was 17 years old, his maternal grandmother…. The paragraph should read his grandfather.

Paragraphs 116 and 120. Similar to Paragraph,107, the paragraphs should read SSDI, not SSI.

**Criminal History Category:**

In the plea letter of August 1, 2022, the United States Attorney's office and defendant agreed that "your client is estimated to have 3 criminal history points and your client's Criminal History Category is estimated to be II…" This agreement as to criminal history is correct and mutually agreed upon. This information is contained in the colloquy between the Court and Mr. Haynes during the plea hearing.

In the presentence report, at pages 18-19, reference is made to a Virginia conviction for which defendant is assessed 3 points. This would bring his total points up to 5. However, in footnote 2, page 19 of the presentence report it is noted, "If court records are received to substantiate the disposition in Case # F-2012-2749A, the defendant will recveive one criminal point, but his criminal history will remain III.

In page 27, Paragraph 133 of the Presentence Report, Ms. Baker writes, " Based on the stipulated guideline calculation, the total offense

level will be at least 17. Based on the information now available to the government, Mr., Haynes has three criminal points and his estimated criminal history category is II.

Defendant submits that because his Offense level is 17 and Criminal History includes only 3 points, he is category II, not category III, and his guideline range is 27-33.

`

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
(202) 347-0200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and accurate copy of the foregoing was served upon all counsel of record, via the Court's electronic filing system on this the 10th day of January, 2023

_____/s/_____
Steven R. Kiersh