**Wichtiger Hinweis!**
Bei beschädigten Geräten immer Fotos beifügen!
Versicherungsschutz besteht nur bei unverzüglicher Schadensmeldung

**ZDF**

## Schadensmeldung

Bei Rückfragen bitte angeben

An
☐  **Referat Versicherungen**

| Von | Tag des Schadens | Beleg Nr. | Ref. Nr. |
|---|---|---|---|
| | | | |

| über | genaue Ortsangabe | Prod.-Nr. - Titel - Vorhaben | Ablagenhinweis | Jahr |
|---|---|---|---|---|
| | | | | |

**Folgende Gegenstände werden als** ☐ verloren ☐ gestohlen ☐ beschädigt gemeldet:

| Pos. | ZDF-ID-Nr. | Bezeichnung | Typ | Fabrik-Nummer | Hersteller | Letzte Verwend.-Kostenst. | Anschaffungs- Wert | Datum | SAP-Anl.-Nr. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**Stellungnahme-Schadensmelder (Schadensbericht)**
Wie entstand der Verlust/Schaden? Was wurde nach dem Schadensfall veranlasst? Bitte ausführlich schildern; ggf. Anlage beifügen.

**Stellungnahme-Fachbereich**
Der Schadensfall ist zu prüfen, wobei insbesondere die Begleitumstände des Schadenseintritts ausführlich darzustellen sind, damit die Ursachen für den Schadenseintritt durch das Versicherungsreferat und die HA Personal nachvollzogen werden können.

**Vermerke der zuständigen Verwaltungsstelle**

Versicherungsfall    ja / nein

Kopie
☐ K&C AW        ☐ HA Personal/TB GSA

Ersatz ist erforderlich: ☐ ja ☐ nein
falls ja, kurze Begründung

Ich versichere, dass die Angaben der Wahrheit entsprechen:
Schadensmelder - Datum/Unterschrift (Pers.-Nr. oder leserliche Namensangabe)

Zeuge - Datum/Unterschrift (Pers.-Nr. oder leserliche Namensangabe)

GB/AL/RL - Datum/Unterschrift