UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSHUA DILLON HAYNES,<br><br>Defendant. | Criminal Action No. 21-594 (TSC) |

## ORDER

Pursuant to 18 U.S.C. § 3664(d)(5) and the reasons explained at Defendant's February 2, 2023 sentencing hearing, the court shall conduct a restitution hearing in this matter on April 26, 2023 at 10:00 AM, in-person in Courtroom 9.

Counsel for the Government and Defendant are hereby directed to file their memoranda in support of their requested restitution amounts on or before April 24, 2023 at 5 PM. The parties' memoranda shall, for each identified victim, list their specific restitution requests broken down by individual line-item (including processing fees or other administrative costs) and provide a succinct reason explaining the requested restitution amount for each.

The memoranda shall include, as an attachment, a table displaying the name of each identified victim, their requests (including processing fees or other administrative costs), and the amount requested. *See* Infra Table 1 for exemplar.

The Probation Office is requested to provide its position in the same manner and format.

| Payee | Amount | Description |
|---|---|---|
| **Victim A** | $XX.xx | |
| **Victim B** | $XX.xx | |

| Victim C | $XX.xx | |
|---|---|---|
| **Total** | $XX.xx | |

Date: April 18, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge