UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JOSHUA DILLON HAYNES**<br><br>**Defendant.** | Case No. 21-CR-594 (TSC) |

**GOVERNMENT'S THIRD SUPPLEMENTAL SENTENCING FILING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this third supplemental sentencing filing. As noted in the government's sentencing memorandum, one of the offenses to which the defendant pled guilty was 18 U.S.C. § 1363, which is a crime of violence for purposes of the Mandatory Victim Witness Restitution Act (MVRA). *See* 18 U.S.C. § 3663A (b)(1) (the order of restitution shall require that the defendant pay an amount equal to the value of the property on the date of the damage, loss, or destruction, if replacement of the property is not possible, practical, or adequate). The government received an estimate of damages from one of the victims, ZDF, as reflected in the exhibits filed in the Government's Supplemental Memorandum (ECF #40) and attached here. The initial exhibits are in German and in Euros, for a total of approximately 21,960, and in U.S. dollars at the current exchange rate represented an amount of approximately $23,900. *See Exhibits 1A-1C*. The government's translation of the information submitted in Exhibits 1A-1C is attached as Exhibit 1D. Subsequent to the initial supplemental memorandum, the government received additional information, which is attached as Exhibit 2. With the additional information, the total amount of damages submitted by victim ZDF is approximately $33,303.28. The memorandum of

1

interview is attached as Exhibit 3, wherein the ZDF representative noted the reason for the difference between the amounts submitted in January and now. The government has not received any other claims for restitution from other victims related to the damage in the media staging area.

As requested by the Court in the Order dated April 18, 2023 (ECF 46), the government sets forth the claim for damages by Victim ZDF below.

**FROM GOVERNMENT FIRST SUPPLEMENTAL SENTENCING FILING**

| Position Number | ZDF-Identification Number | Name | Type | Purchase Price | In Dollars |
|---|---|---|---|---|---|
| 1 | 4062 6717 | Receiver for Return Sound | Unite RP | 200.00 | 219.17 |
| 2 | 4062 6638 | Transmitter for Return Sound | Unite TP | 400.00 | 438.35 |
| 3 | 4061 5780 | LiveU Encoder | LU600 | 18,500.00 | 20,273.50 |
| 6 | | Tripod Plate | SHAN TM 700 | 400.00 | 438.35 |
| 7 | | Caterpillar Cellphone | | 60.00 | 65.75 |
| 8 | | 2 Studio Light Stands | | ~~120.00~~ 85.00.* | 93.15 |
| 9 | | Sony Headphones | MDR 7506 | 100.00 | 109.59 |
| 10 | | Various Video and Audio Cables | | 80.00 | 87.67 |
| 11 | | Pelican Case | 1510 | 270.00 | 295.89 |
| 12 | | Remote Control for Camera Lens | ERD-20A-A02 | 1,650.00 | 1,808.23 |
| 13 | | Reflector Mount | RH 353 | 60.00 | 65.75 |
| 14 | | 2 Studio Light Stands | | 120.00 | 131.51 |

*The amount in line 8 was amended in the subsequent correspondence, attached as Exhibit 2.

**NEW:**

| Position Number | ZDF-Identification Number | Name | Type | Purchase Price | In Dollars |
|---|---|---|---|---|---|
| | 40616210 | Spotlight | Sola 6C | 1,977.22 | 2,166.84 |
| | 40631823 | Tripod Head | Video 18S2 | 6,487.39 | 7,109.53 |
| | 40520464 | Tripod Leg | Speed Lock SF | 0 | |

**TOTAL IN US DOLLARS TO VICTIM ZDF: $33,303.28 (30,389.61 Euros)**

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:      *s/Jennifer Leigh Blackwell*
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097