UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                        Case No.:  21-594(TSC)

JOSHUA HAYNES

### MOTION TO DISMISS INDICTMENT WITH PREJUDICE AND TO DISCHARGE DEFENDANT FROM ALL CONDITIONS OF CONVICTION

Defendant, by and through undersigned counsel, does hereby seek a dismissal with prejudice of this matter and seeks discharge of all conditions of conviction. In support thereof, defendant respectfully sets forth as follows:

1. This matter arises from the events of January 6, 2021.  On August 1, 2022, defendant entered pleas of guilty to Obstruction of an Official Proceeding and Destruction of Property. Defendant was sentenced to a period of incarceration of 32 months to run consecutively to charges in the Commonwealth of Virginia. The sentence also included 36 months of supervised release.

2. President Donald Trump issued an Executive Order on January 21, 2025 granting pardons for persons convicted of events related to January 6, 2021. Defendant is included among those who received pardons from President Trump.

3. As a consequence of the pardon, Defendant's convictions and term of supervised release should be discharged,

1

WHEREFORE. the foregoing considered. defendant prays this Honorable Court for a dismissal with prejudice of his convictions and for discharge of his term of supervised release.

Respectfully submitted,

_____/s/_____
Steven R. Kiersh#323329
5335 Wisconsin Avenue, N.W, Suite 440
Washington, D.C. 20015
(202) 997-1125

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing as served, via the Court's electronic filing system, on this the 30th day of January, 2025 upon all counsel of record.

_____/s/_____
Steven R. Kiersh